IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARREN G. MCFADDEN                                                          PLAINTIFF

V.                CASE NO. 4:17-CV-00322-JM

AMERIPRISE FINANCIAL SERVICES, INC.,
And DOES 1-10 inclusive                                            DEFENDANT

## **ORDER**

Plaintiff's unopposed motion to dismiss this action with prejudice (Doc. No. 30) is GRANTED, and Plaintiff's claim are hereby dismissed with prejudice. Each party is to bear its own costs.

IT IS SO ORDERED this 16th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE